# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| **TESSA MARKETTI** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **THE CORDISH COMPANIES, INC.** *et al.*, <br><br> **Defendants.** | Civil Action No. 1:19-cv-00904-ADC |

## NOTICE OF ENTRY OF APPEARANCE

Dear Sir/Madam Clerk:

Please enter the appearance of Mary M. McCudden (Bar No. 20760) of Jackson Lewis P.C. on behalf of Defendants, The Cordish Companies, Inc. and Luckie's Baltimore, LLC the above-captioned action.

Dated:  April 22, 2019              Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　Mary M. McCudden (Bar No. 20760)
　　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.
　　　　　　　　　　　　　　　　　2800 Quarry Lake Drive, Suite 200
　　　　　　　　　　　　　　　　　Baltimore, Maryland  21209
　　　　　　　　　　　　　　　　　Phone: (410) 415-2082
　　　　　　　　　　　　　　　　　mary.mccudden@jacksonlewis.com
　　　　　　　　　　　　　　　　　*Counsel for Defendant,* The Cordish Companies
　　　　　　　　　　　　　　　　　and Luckie's Baltimore, LLC